UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                                 Case No.: 1:13−cr−00003

Wayne E Ball

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Hilda G Tagle

**PLACE:**
Courtroom 3
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 11/5/2014

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Sentencing

Date:    September 15, 2014

David J. Bradley, Clerk