UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § |
| | § |
| WAYNE E. BALL, | § CRIM NO. 1:13-CR-00003 |
| | § |
| Defendant. | § |
| | § |

## FINAL CHARACTER LETTERS FROM FAMILY AND CHURCH REGARDING WAYNE BALL

TO THE HONORABLE HILDA G. TAGLE, UNITED STATES DISTRICT JUDGE:

Defendant Wayne Ball respectfully requests that the Court consider the attached letters from family and church at the time of sentencing.

January 5, 2015

Respectfully submitted,

McDermott Will & Emery
By: /s/ Michael J. Wynne
Michael J. Wynne
Texas State Bar No. 00785289
1000 Louisiana Street, Suite 3900
Houston, TX 77002
Tel: (713) 653-1700
Fax: (713) 739-7592
mwynne@mwe.com

### CERTIFICATE OF SERVICE

On January 5, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system. I hereby provide copies to all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Michael J. Wynne
Michael J. Wynne

Dear Judge Tagle,

I am writing this note to help you know a little more about Wayne Ball. I am his aunt. He is a good person and a hard worker. He has a big extended family with high moral values that loves him and he loves us. He is human and made a mistake. I know when we do wrong it needs to be corrected. As you think about him and his punishment I hope you will extend mercy and have him correct his wrong where he can do service for others and not in prison. He has a good heart and is not harmful to others.

Sincerely,

Betty Collins

To Judge Tagle

I am writing on behalf of Wayne Ball. Wayne is my cousin. He is loved by all his family. We all think very highly of him. Even as a child he was a hard worker and kind to everyone. I remember him always laughing and having fun but he stood up for the people and the things he believed in. As a adult I still know him as a kind, hard working man who loves his job. He always talks highly of his job and is known for being dependable. I know he loves his family very much and would not do anything that would hurt them. I hope you take this letter in to consideration.
Thank you,
Sara goodman spanier

The Honorable Judge Hilda G. Tagle
January 2, 2015
United States District Court
Southern District of Texas.

Dear Judge Tagle,

My name is Fred C. Ball. I am Wayne E. Ball's father. I am a retired Special Agent In Charge with Drug Enforcement Administration.

Wayne Ball has spent the last 4 years since this horrific mistake, attempting to make amends and improve his personal life. He has attended extensive counseling, he has beaten his alcohol problems, and he has become an excellent example for his 16-year old daughter. Wayne is a college graduate, Eagle Scout and a good man. He had an exemplary 14-year career with the Harlingen, Texas Police Department where he rapidly rose to the rank of Lieutenant. He attended FBI National Academy, as one of only three Harlingen, Texas Policemen to ever complete this course of training. He was recruited by Eugenio Pedraza for Homeland Security. He felt a strong loyalty and debt to Pedraza and he fell victim to obeying an illegal order from his boss, Eugenio Pedraza. Having been both a young Special Agent and a DEA Senior Manager, I know how difficult it must have been for Wayne to say no to the man that had hired him, held a position two ranks above him and controlled his employment, evaluations and promotions.

When Wayne was informed he was the target of a Federal Grand Jury investigation, he immediately resigned his position at DHS and cooperated with Department of Justice Attorneys. All of the other individuals involved in this case, including Pedraza, remained employed by DHS while on Administrative Leave and drew tens of thousands of dollars in government pay over multiple years.

Wayne, however, found a new career and in April, 2015 he will complete two years with Paterson Drilling Company. He is working hard, living with his mother and me and raising his daughter. He is a productive member of society and is remorseful for his mistake.

I would implore you to please consider a sentence for Wayne that will serve justice and let him continue his employment and caring for his daughter. I believe incarceration may have a very negative impact on Wayne both mentally and physiologically.

Thank-you for taking the time to consider this letter from us.

Fred and Sharen Ball
McAllen, Texas

January 1, 2015

Dear Judge Tagle:

It is with great pleasure that I write this letter on behalf of Wayne Ball. He comes from a strong family background, both his immediate family as well as extended family with aunts and uncles. In fact, his grandfathers served in World War II, and one of them was wounded multiple times. Wayne is very loved by all his family.

Despite setbacks with employment, he has been dependable while working on a drilling rig to make a living to provide for family. He learned his strong work ethic from his Grandfather Goodman, the grandfather who was wounded three times. Grandpa Goodman raised pigs as a way to supplement his meager earnings earned from the used tire shop he owned in South Tucson, Arizona. Grandpa Goodman would ask his sons and grandsons to secure spoiled produce and tortillas from local grocers to feed the pigs. The spoiled food was smelly and often turned different colors from the mold (didn't know that tortillas turned green, yellow and red) but the pigs ate and Grandpa Goodman was able to sell the pigs to earn a meager income.

It is this work ethic that is ingrained into Wayne Ball. His love of family, sense of duty to country and hard work to be industrious support my decision to write this letter to you so that you understand more about who he is and his roots.

Sincerely,


Steve Goodman

1st Counselor, Kingwood Texas Stake Presidency

The Church of Jesus Christ of Latter-day Saints



**GOODMAN & GOODMAN** PLC
ATTORNEYS • ACCOUNTANTS

7473 E. Tanque Verde Rd., Tucson, Arizona 85715
Telephone (520) 886-5631  Fax (520) 722-3738

David W. Goodman, Esq., C.P.A.*  Bryan W. Goodman, Esq., M.S. Tax
*Admitted only before California Bar and U.S. Tax Court

January 4, 2015

Re: *Wayne Ball*

Dear Honorable Hilda G. Tagle:

I am writing to briefly provide some additional information regarding Wayne Ball which I hope you will consider prior to Wayne's upcoming sentencing hearing.

As a member of our family, Wayne has shown the highest level of integrity, respect and honesty to me personally. I have known Wayne my entire life and I can attest to his compassion and high level of character. I am proud he is a member of our family. Further, I can personally affirm his history of service to his family, his excellent work ethic and his high level of character.

It is my sincere hope that you please consider Wayne's history of service, work ethic and integrity in determining the appropriate sentence for Wayne. I know Wayne is doing everything possible to correct his errors and move forward. For example, I know he is working hard at a physically demanding job in the oil fields to be able to make a living. I believe that any sentence that would take Wayne away from his family would not be in the best interest of Wayne, our family or the community.

Sincerely,

Bryan W. Goodman, Esq.